1  Barry S. Glaser (Cal. Bar No. 70968)
   William W. Steckbauer (Cal. Bar No. 116262)
2  Sean A. Topp (Cal. Bar No. 217701)
   **STECKBAUER WEINHART JAFFE, LLP**
3  333 S. Hope Street, 36th Floor
   Los Angeles, California  90071
4  (213) 229-2868 - Telephone
   (213) 229-2870 - Facsimile
5
   Attorneys for Defendants JEFFREY D. BOYD;
6  JOANN J. BOYD; JEFFREY D. BOYD AND
   JOANN J. BOYD, TRUSTEES OF THE 2003
7  JEFFREY D. BOYD AND JOANN J. BOYD
   FAMILY TRUST, also known as THE JEFFREY
8  D. AND JOANN J. BOYD FAMILY TRUST;
   and S.E. PROPERTY, LLC, an Arizona Limited
9  Liability Company

10

11
                    **UNITED STATES DISTRICT COURT**
12
         **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
13

14

15 | PERSONAL INVESTMENTS, LLC., a Nevada corporation, | CASE NO. 2:10-cv-01524-WBS-KJN |

16 | Plaintiff, | **ORDER RE: JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION** |

17 | v. | |

18 | JEFFREY D. BOYD; JOANN J. BOYD; JEFFREY D. BOYD AND JOANN J. BOYD, | |
19 | TRUSTEES OF THE 2003 JEFFREY D. BOYD AND JOANN J. BOYD FAMILY | |
20 | TRUST, also known as THE JEFFREY D. AND JOANN J. BOYD FAMILY TRUST; | |
21 | and S.E. PROPERTY, LLC, an Arizona Limited Liability Company, | |
22 | Defendants. | |
23

24

25
        Plaintiff Personal Investments, Inc.'s and Defendants Jeffrey Boyd, Joann Boyd,
26
   individually and as Trustees of the Jeffrey D. Boyd and Joann J. Boyd Family Trust, and S.E.
27
   Property, LLC's Joint Stipulation to Stay the Action Pending Arbitration came before the
28

48163.002/61712.1

Honorable William B. Shubb of the United States District Court for the Eastern District of California.

    Upon review of the Joint Stipulation and agreement of the parties **IT IS HERE BY ORDERED:**

    1.    This matter is hereby stayed during the pendency of the arbitration.

    2.    If the arbitration is not completed within 180 days the parties will attend a status conference to inform this court of the progress of the arbitration.

    3.    A status conference is hereby set before this court for **March 21, 2011 at 2:00 p.m.**   A Joint Status Report shall be filed no later than March 7, 2011.

**IT IS SO ORDERED**

DATED: July 30, 2010

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated: July 28, 2010

STECKBAUER WEINHART JAFFE, LLP


By: /s/ BARRY S. GLASER
    Barry S. Glaser
    William W. Steckbauer
    Sean A. Topp
Attorneys for Defendants
JEFFREY D. BOYD; JOANN J. BOYD;
JEFFREY D. BOYD AND JOANN J. BOYD,
TRUSTEES OF THE 2003 JEFFREY D. BOYD
AND JOANN J. BOYD FAMILY TRUST,
also known as THE JEFFREY D. AND
JOANN J. BOYD FAMILY TRUST; and

STECKBAUER WEINHART JAFFE, LLP
333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL (213) 229-2868 • FAX (213) 229-2870



1  S.E. PROPERTY, LLC, an Arizona Limited Liability Company