Kenneth J. Sheppard (CA Bar No. 123987)
William E. Frazier (CA Bar No. 228460)
BANGERTER Sheppard, PC
720 S. RIVER ROAD, SUITE A-200
ST. GEORGE, UTAH 84790
Telephone: (435) 628-7004
Facsimile:   (435) 673-1964

Attorneys for Plaintiff
Personal Investments, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PERSONAL INVESMENTS, INC., a Nevada corporation<br><br>Plaintiff,<br>vs.<br><br>JEFFREY D. BOYD; JOANN J. BOYD; JEFFREY D. BOYD AND JOANN J. BOYD, TRUSTEES OF THE 2003 JEFFREY D. BOYD AND JOANN J. BOYD FAMILY TRUST, also known as THE JEFFREY D. AND JOANN J. BOYD FAMILY TRUST; and S.E. PROPERTY, LLC, AN ARIZONA LIMITED LIABILITY COMPANY<br><br>Defendants. | **CASE NO. 2:10-cv-01524-WBS-KJN**<br><br>**JOINT STIPULATION<br>FOR APPLICATION TO CONTINUE<br>STATUS CONFERENCE** |

Plaintiff PERSONAL INVESTMENTS, INC. ("Plaintiff"), by and through its counsel, Bangerter Sheppard, PC, and Defendants, JEFFREY D. BOYD; JOANN J. BOYD; JEFFREY D. BOYD AND JOANN J. BOYD, TRUSTEES OF THE 2003 JEFFREY D. BOYD AND JOANN J. BOYD FAMILY TRUST, also known as THE JEFFREY D. AND JOANN J. BOYD FAMILY TRUST; and S.E. PROPERTY, LLC ("Defendants"), by and through their counsel Steckbauer Weinhart Jaffe, LLP, hereby stipulate and agree as follows:

**JOINT STIPULATION FOR APPLICATION TO CONTINUE STATUS CONFERENCE**

1

WHEREAS, pursuant to a stipulation of the parties filed with this Court on July 28, 2010, and an order of the Court filed August 8, 2010 (the "Order"), this matter was stayed pending completion of binding arbitration;

WHEREAS, the Order provided that if the arbitration were not completed within 180 days the parties would attend a status conference to inform this Court of the progress of the arbitration;

WHEREAS, in the Order the Court scheduled a status conference for March 21, 2011 at 2:00 p.m. for the parties to inform the Court of the progress of the arbitration;

WHEREAS, the parties executed an Agreement to Binding Arbitration with ADR Services, Inc. on September 10, 2010 and agreed to the appointment of Honorable Robert W. Thomas (Ret.) as the arbitrator;

WHEREAS, at the scheduling conference with the arbitrator held on October 26, 2010 the Defendants attorney advised the arbitrator that Defendants Jeffrey D. Boyd and Joann J. Boyd (the "Boyds") intended to file for protection under the United States Bankruptcy Code;

WHEREAS, following the scheduling conference with the Arbitration Defendants counsel advised Plaintiffs counsel that in light of the Boyds' impending bankruptcy filing Defendants did not intend to pay the Arbitrators fees or continue with the Arbitration.

WHEREAS, Defendants Jeffrey D. Boyd and Joann J. Boyd (the "Boyds") have retained a bankruptcy attorney and are in the process of preparing a bankruptcy petition which they intend to file in the United States Bankruptcy Court in Phoenix, Arizona;

WHEREAS, Plaintiff and Defendants anticipate that the Boyds will file a bankruptcy petition soon, which event will stay the arbitration and also this matter before the Court.

THEREFORE, Plaintiff and Defendants hereby stipulate to this joint application for the an order from the Court that the status conference scheduled for March 21, 2011 at 2:00 p.m. be continued to **April 18, 2011 at 2:00 p.m.   A Joint Status Report shall be filed no later than April 4, 2011**.

\ \ \

\ \ \

**JOINT STIPULATION FOR APPLICATION TO CONTINUE STATUS CONFERENCE**

\ \ \

Dated: March  15 , 2011          **BANGERTER SHEPPARD, PC**


                                 By:  /s/ Kenneth J. Sheppard
                                      Kenneth J. Sheppard
                                      William E. Frazier
                                 Attorneys for Plaintiff
                                 PERSONAL INVESTMENTS, INC.


Dated: March  16 , 2011          **STECKBAUER WEINHART JAFFE, LLP**


                                 By:  /s/ Sean A. Topp
                                      William W. Steckbauer
                                      Brian S. Weinhart
                                      Sean A. Topp
                                 Attorneys for Defendants
                                 JEFFREY D. BOYD; JOANN J. BOYD; JEFFREY D.
                                 BOYD AND JOANN J. BOYD, TRUSTEES OF THE 2003
                                 JEFFREY D. BOYD AND JOANN J. BOYD FAMILY
                                 TRUST, also known as THE JEFFREY D. AND JOANN J.
                                 BOYD FAMILY TRUST; and S.E. PROPERTY, LLC, an
                                 Arizona Limited Liability Company

<u>ORDER</u>

        IT IS SO ORDERED.

DATED:  March 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION FOR APPLICATION TO CONTINUE STATUS CONFERENCE**

3