Kenneth J. Sheppard (CA Bar No. 123987)
William E. Frazier (CA Bar No. 228460)
BANGERTER Sheppard, PC
720 S. RIVER ROAD, SUITE A-200
ST. GEORGE, UTAH 84790
Telephone: (435) 628-7004
Facsimile:   (435) 673-1964

Attorneys for Plaintiff
Personal Investments, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PERSONAL INVESMENTS, INC., a Nevada corporation<br><br>    Plaintiff,<br>vs.<br><br>JEFFREY D. BOYD; JOANN J. BOYD; JEFFREY D. BOYD AND JOANN J. BOYD, TRUSTEES OF THE 2003 JEFFREY D. BOYD AND JOANN J. BOYD FAMILY TRUST, also known as THE JEFFREY D. AND JOANN J. BOYD FAMILY TRUST; and S.E. PROPERTY, LLC, AN ARIZONA LIMITED LIABILITY COMPANY<br><br>    Defendants. | CASE NO. 2:10-cv-01524-WBS-KJN<br><br>**ORDER GRANTING TELEPHONIC APPEARANCE OF KENNETH J. SHEPPARD AT 2:00 P.M., MAY 9, 2011 MOTION HEARING**<br><br>Judge:  Hon. William B. Shubb<br>Courtroom:  5 (14th Floor) |

  This matter, having come before the Court on Plaintiff, Personal investments, Inc.'s Request to Appear Telephonically, and good cause having been found, it is hereby:

  ORDERED that Kenneth J. Sheppard, Counsel for Plaintiff, Personal Investments, Inc., will appear telephonically for the May 9, 2011, 2:00 P.M. Motion Hearing, and the Court will contact counsel for Plaintiff, Personal Investments, Inc. at the following number:

**ORDER GRANTING TELEPHONIC APPEARANCE OF KENNETH J. SHEPPARD AT 2:00 P.M., MAY 9, 2011 MOTION HEARING**

1

(435) 628-7004 at 2:00 P.M. on May 9, 2011 for the Motion Hearing.  The Courtroom deputy shall initiate the telephone conference call.

DATED:  May 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE