UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PERSONAL INVESTMENTS, INC., a Nevada corporation | NO. CIV. 2:10-1524 WBS KJN |
| Plaintiff, | ORDER RE: MOTION FOR ORDER TERMINATING STAY PENDING ARBITRATION |
| v. | |
| JEFFREY D. BOYD; JOANN J. BOYD; JEFFREY D. BOYD AND JOANN J. BOYD, TRUSTEES OF THE 2003 JEFFREY D. BOYD AND JOANN J. BOYD FAMILY TRUST, also known as THE JEFFREY D. AND JOANN J. BOYD FAMILY TRUST; and S.E. PROPERTY, LLC, AN ARIZONA LIMITED LIABILITY COMPANY | |
| Defendants. | |

----oo0oo----

On July 30, 2010, the court stayed this action during the pendency of arbitration pursuant to a joint stipulation of the parties. (Docket No. 13.) Plaintiff has informed the court that the parties' attempt to resolve this matter by arbitration has failed. (Pl.'s Mot. for Order Terminating Stay at 3:22-24

1

1  (Docket No. 16).)  Plaintiff now moves to terminate the stay;
2  defendants filed a statement of non-opposition to the motion.
3  (Docket Nos. 16, 22.)  Because the parties agree that the ground
4  for the stay no longer exists, the court will lift the stay.
5           IT IS THEREFORE ORDERED that plaintiff's motion to
6  terminate the stay pending arbitration be, and the same hereby
7  is, GRANTED.  Defendants are ordered to file an answer to
8  plaintiff's Complaint within twenty-one days from the date of
9  this Order.
10          The Status Conference currently set for June 13, 2011,
11  is canceled.  A Status (Pretrial Scheduling) Conference shall be
12  held on July 11, 2011, at 2:00 p.m. in Courtroom No. 5.  The
13  parties are referenced to the court's June 18, 2010, Order
14  (Docket No. 4), which outlines the required content of the
15  parties' Joint Status Report due fourteen days before Status
16  (Pretrial Scheduling) Conference.
17  DATED: May 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2