UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PERSONAL INVESTMENTS, INC., | NO. CIV. 2:10-1524 WBS KJN |
| Plaintiff, | |
| v. | ORDER REMOVING CASE FROM ACTIVE CASELOAD UPON AUTOMATIC STAY OF ACTION |
| JEFFREY D. BOYD., et al., | |
| Defendants. | |

----oo0oo----

Pursuant to the Notice of Filing Bankruptcy filed by defendants Jeffrey D. Boyd and Joann Boyd on May 19, 2011 (Docket No. 27), and this Court's Minute Order filed 5/19/2011 vacating all pending dates pursuant to said Notice (Docket No. 28) this action has been stayed.  The Clerk of Court is, therefore, instructed to administratively close this case, to be reopened upon the parties' notification to the Court of the termination of the bankruptcy action or relief from the automatic stay and order of this court.

///

///

1

1  DATED:    October 13, 2011

```
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE
```